**NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-12-0000553
27-SEP-2013
09:40 AM**

NO. CAAP-12-0000553

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

ALLEN KELLEY, Petitioner-Appellant,
v.
ADMINISTRATIVE DIRECTOR OF THE COURTS,
STATE OF HAWAI'I, Respondent-Appellee

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT
(Honolulu Division)
(CASE NO. 1DAA-12-0005)

ORDER OF CORRECTION
(By: Nakamura, Chief Judge, for the court[1]/)

The Summary Disposition Order of the court, filed on June 27, 2013, is hereby corrected as follows:

On page 2, in the fourteenth line, "Hawaii Revised Statutes" should be inserted before "HRS" and parentheses should placed around "HRS" so that as corrected, the text reads: ". . . did not comply with Hawaii Revised Statutes (HRS) § 291E-36(a)(2)(C) (2007)."

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED: Honolulu, Hawai'i, September 27, 2013.

FOR THE COURT:

Chief Judge

--------

[1]/ Nakamura, Chief Judge, and Foley and Ginoza, JJ.